| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA | |
| Case number (if known) | Chapter you are filing under:<br>☐ Chapter 7<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Check if this is an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy             06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Seyria**<br>First name<br><br>**Traykeyshun**<br>Middle name<br><br>**Smiley**<br>Last name and Suffix (Sr., Jr., II, III) | **Anthony**<br>First name<br><br>**Jevis**<br>Middle name<br><br>**Smiley**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7868 | xxx-xx-4039 |

Debtor 1  **Seyria Traykeyshun Smiley**
Debtor 2  **Anthony Jevis Smiley**                                    Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5. Where you live** | **29 N Farms Dr**<br>**Newnan, GA 30265**<br>Number, Street, City, State & ZIP Code<br><br>**Coweta**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  **Seyria Traykeyshun Smiley**
Debtor 2  **Anthony Jevis Smiley**                                                    Case number *(if known)* _____

| Part 2: | **Tell the Court About Your Bankruptcy Case** |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.
■ Yes.

| | District | **Northern District of Georgia, Newnan Division** | When | **3/19/25** | Case number | **25-10398** |
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

■ No.  Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

  ☐ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **Seyria Traykeyshun Smiley**
Debtor 2  **Anthony Jevis Smiley**                                                                   Case number *(if known)*

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Number, Street, City, State & ZIP Code

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.  I am not filing under Chapter 11.

■ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

■ No.

☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

Where is the property?  _____
Number, Street, City, State & Zip Code

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                                page 4

Debtor 1 **Seyria Traykeyshun Smiley**
Debtor 2 **Anthony Jevis Smiley**

Case number *(if known)*

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**About Debtor 1:**

**About Debtor 2 (Spouse Only in a Joint Case):**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 Seyria Traykeyshun Smiley
Debtor 2 Anthony Jevis Smiley                                                                         Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

■ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Seyria Traykeyshun Smiley**
**Seyria Traykeyshun Smiley**
Signature of Debtor 1

**/s/ Anthony Jevis Smiley**
**Anthony Jevis Smiley**
Signature of Debtor 2

Executed on **June 2, 2025**
MM / DD / YYYY

Executed on **June 2, 2025**
MM / DD / YYYY

Official Form 101                     **Voluntary Petition for Individuals Filing for Bankruptcy**                      page 6

Debtor 1 **Seyria Traykeyshun Smiley**
Debtor 2 **Anthony Jevis Smiley**                                    Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Mark D. Gensburg**                              Date    **June  2, 2025**
Signature of Attorney for Debtor                              MM / DD / YYYY

**Mark D. Gensburg 213119**
Printed name

**Jones & Walden LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone  **404-564-9300**           Email address   **info@joneswalden.com**

**213119 GA**
Bar number & State

Official Form 101              **Voluntary Petition for Individuals Filing for Bankruptcy**              page 7

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Seyria** *First Name* | **Traykeyshun** *Middle Name* | **Smiley** *Last Name* |
| Debtor 2 (Spouse if, filing) | **Anthony** *First Name* | **Jevis** *Middle Name* | **Smiley** *Last Name* |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

|  |  | | | **Unsecured claim** |
|---|---|---|---|---|
| **1** | **American Express National Bank** PO Box 3001 Malvern, PA 19355-0701 | What is the nature of the claim? | Possible guaranty on business debt (credit card) | $25,380.64 |
| | | As of the date you file, the claim is: Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed ■ None of the above apply | | |
| | Contact Contact phone | Does the creditor have a lien on your property? ■ No ☐ Yes. Total claim (secured and unsecured) Value of security: Unsecured claim | - | |
| **2** | **American Express National Bank** PO Box 3001 Malvern, PA 19355 | What is the nature of the claim? | Possible guaranty on business debt (credit card) | $12,750.00 |
| | | As of the date you file, the claim is: Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed ■ None of the above apply | | |
| | | Does the creditor have a lien on your property? | | |

| | | |
|---|---|---|
| Debtor 1 | **Seyria Traykeyshun Smiley** | |
| Debtor 2 | **Anthony Jevis Smiley** | Case number *(if known)* |

Contact

Contact phone

☐ ■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

---

**3**

**Best Egg**
**633 Spirit Dr**
**Philadelphia, PA 19176**

**What is the nature of the claim?**   Loan   $45,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

Contact

Contact phone

---

**4**

**BMW Financial Services**
**PO Box 3608**
**Dublin, OH 43016**

**What is the nature of the claim?**   Vehicle repossession   $59,217.29

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

Contact

Contact phone

---

**5**

**Discover Card**
**PO Box 3025**
**New Albany, OH 43054**

**What is the nature of the claim?**   Credit card   $10,047.97

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

Contact

Contact phone

---

**6**

**Eaglemark Savings Bank**
**PO Box 22048**

**What is the nature of the claim?**   2021 HD FLTRXS   $36,000.00

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Debtor 1  **Seyria Traykeyshun Smiley**
Debtor 2  **Anthony Jevis Smiley**                               Case number *(if known)*

**Carson City, NV 89721**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    $36,000.00
   Value of security:                       - $0.00
   Unsecured claim                            $36,000.00

Contact
Contact phone

**7**

**Geovista Credit Union**
**601 W Oglethorpe**
**Hinesville, GA 31313**

What is the nature of the claim?                    $19,673.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                       -
   Unsecured claim

Contact
Contact phone

**8**

**GM Financial**
**PO Box 650595**
**Dallas, TX 75265-0595**

What is the nature of the claim?    **2021 GMC Sierra 2500HD**    $61,754.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    $61,754.00
   Value of security:                       - $0.00
   Unsecured claim                            $61,754.00

Contact
Contact phone

**9**

**Grady Health System**
**PO Box 935916**
**Atlanta, GA 31193-5916**

What is the nature of the claim?                    $12,746.65

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
   No

Debtor 1      **Seyria Traykeyshun Smiley**
Debtor 2      **Anthony Jevis Smiley**                                     Case number *(if known)*

|   | Contact |   |   |   |
|---|---|---|---|---|
|   | Contact phone | ■ | Yes. Total claim (secured and unsecured) Value of security: Unsecured claim | - |

| 10 | **Internal Revenue Service** **P.O. Box 7346** **Philadelphia, PA 19101-7346** | What is the nature of the claim? | **2023 Taxes** | **$44,002.60** |
|---|---|---|---|---|
|   |   | As of the date you file, the claim is: Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed ■ None of the above apply |   |   |
|   |   | Does the creditor have a lien on your property? |   |   |
|   | Contact | ■ No ☐ Yes. Total claim (secured and unsecured) Value of security: Unsecured claim | - |   |
|   | Contact phone |   |   |   |

| 11 | **Internal Revenue Service** **P.O. Box 7346** **Philadelphia, PA 19101-7346** | What is the nature of the claim? | **2022 Taxes** | **$40,785.61** |
|---|---|---|---|---|
|   |   | As of the date you file, the claim is: Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed ■ None of the above apply |   |   |
|   |   | Does the creditor have a lien on your property? |   |   |
|   | Contact | ■ No ☐ Yes. Total claim (secured and unsecured) Value of security: Unsecured claim | - |   |
|   | Contact phone |   |   |   |

| 12 | **Lafayette CU** **3535 University Blvd** **Rockville, MD 20850** | What is the nature of the claim? | **Home improvement** | **$28,000.00** |
|---|---|---|---|---|
|   |   | As of the date you file, the claim is: Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed ■ None of the above apply |   |   |
|   |   | Does the creditor have a lien on your property? |   |   |
|   | Contact | ■ No ☐ Yes. Total claim (secured and unsecured) Value of security: Unsecured claim | - |   |
|   | Contact phone |   |   |   |

| 13 | **Lafayette CU** **3535 University Blvd** **Rockville, MD 20850** | What is the nature of the claim? | **Home improvement** | **$68,000.00** |
|---|---|---|---|---|
|   |   | As of the date you file, the claim is: Check all that apply ☐ Contingent |   |   |

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 4

Debtor 1 **Seyria Traykeyshun Smiley**
Debtor 2 **Anthony Jevis Smiley**                                    Case number *(if known)*

☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  -
    Unsecured claim

Contact
Contact phone

---

**14**

**Lendmark**
**1053A Bullsboro Dr**
**Newnan, GA 30263**

**What is the nature of the claim?**     2018 Harley Davidson Roadglide    $22,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)    $22,000.00
    Value of security:  -   $0.00
    Unsecured claim    $22,000.00

Contact
Contact phone

---

**15**

**Mohela**
**Department of Education**
**633 Spirit Drive**
**Chesterfield, MO 63005**

**What is the nature of the claim?**      $58,463.70

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  -
    Unsecured claim

Contact
Contact phone

---

**16**

**OneMain Financial**
**3150 Highway 34 E**
**Ste 203**
**Newnan, GA 30265-2121**

**What is the nature of the claim?**    2012 Kia Optima    $18,151.44

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)    $18,151.44

Contact

| Debtor 1 | **Seyria Traykeyshun Smiley** | |
|---|---|---|
| Debtor 2 | **Anthony Jevis Smiley** | Case number *(if known)* |

| | | Value of security: | - $0.00 |
|---|---|---|---|
| Contact phone | | Unsecured claim | $18,151.44 |

---

**17**

**United Bank**
**315 Thomaston St**
**Barnesville, GA 30204**

What is the nature of the claim?   **2003 WABC**   $24,955.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   $24,955.00
         Value of security:   - $0.00
         Unsecured claim   $24,955.00

Contact
Contact phone

---

**18**

**United Bank**
**315 Thomaston St**
**Barnesville, GA 30204**

What is the nature of the claim?   **2012 Frht VIN 4683**   $12,233.90

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   $29,233.90
         Value of security:   - $17,000.00
         Unsecured claim   $12,233.90

Contact
Contact phone

---

**19**

**United Bank**
**315 Thomaston St**
**Barnesville, GA 30204**

What is the nature of the claim?   **2010 GDAN TRL**   $12,060.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   $20,060.00
         Value of security:   - $8,000.00
         Unsecured claim   $12,060.00

Contact
Contact phone

---

**20**

**United Bank**

What is the nature of the claim?   **2018 Cadillac Escalade**   $29,798.00

| | |
|---|---|
| Debtor 1 | **Seyria Traykeyshun Smiley** |
| Debtor 2 | **Anthony Jevis Smiley** |

Case number *(if known)* _____

**PO Box 160**
**Barnesville, GA 30204**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____
Contact

_____
Contact phone

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)   **$29,798.00**
  Value of security:  -  **$0.00**
  Unsecured claim       **$29,798.00**

---

**Part 2:   Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Seyria Traykeyshun Smiley**          X  **/s/ Anthony Jevis Smiley**
   **Seyria Traykeyshun Smiley**                 **Anthony Jevis Smiley**
   Signature of Debtor 1                         Signature of Debtor 2

   Date  **June 2, 2025**                        Date  **June 2, 2025**

```
Acme Company
64 Beaver Street
#344
Atlanta, GA 30312



Affirm Credit
650 California St
San Francisco, CA 94108



American Express National Bank
PO Box 981537
El Paso, TX 79998



American Express National Bank
PO Box 3001
Malvern, PA 19355-0701



American Express National Bank
PO Box 3001
Malvern, PA 19355



Best Egg
633 Spirit Dr
Philadelphia, PA 19176



BMW Financial Services
PO Box 3608
Dublin, OH 43016



Capital One
PO Box 31293
Salt Lake City, UT 84131



Chris Carr, Attorney Genr'l GA
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334
```

```
Citi Bank/Best Buy
PO Box 790441
Saint Louis, MO 63179



Collateral Management Services
9750 Goethe Road
Sacramento, CA 95827



Discover Card
PO Box 3025
New Albany, OH 43054



Eaglemark Savings Bank
PO Box 22048
Carson City, NV 89721



Georgia Department of Revenue
Bankruptcy
2595 Century Pkwy NE, Ste 339
Atlanta, GA 30345



Geovista Credit Union
601 W Oglethorpe
Hinesville, GA 31313



GM Financial
PO Box 650595
Dallas, TX 75265-0595



Grady Health System
PO Box 935916
Atlanta, GA 31193-5916



Grandview Health
PO Box 403804
Atlanta, GA 30384-3804
```

```
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346



Lafayette CU
3535 University Blvd
Rockville, MD 20850



Lendmark
1053A Bullsboro Dr
Newnan, GA 30263



Michael and Susan Abernathy
1183 Blalock Lakes Dr
Newnan, GA 30263



Mohela
Department of Education
633 Spirit Drive
Chesterfield, MO 63005



OneMain Financial
3150 Highway 34 E
Ste 203
Newnan, GA 30265-2121



OneMain Financial
PO Box 740594
Cincinnati, OH 45274-0594



Peter A. Durham
PO Box Drawer 1038
Newnan, GA 30264



Republic Finance
282 Tower Rd
Ponchatoula, LA 70454
```

```
Republic Finance, LLC
1485 Hwy 34 East
Suite 10A
Newnan, GA 30265



Rise Credit
4150 International Plaza
Ste 300
Fort Worth, TX 76109



Selene Finance
PO Box 8619
Philadelphia, PA 19101



Synchrony Bank Paypal Masterca
c/o Jeffereson Capital Systems
200 14th Ave E
Sartell, MN 56377



Synchrony Bank/Home Depot
PO Box 7032
Sioux Falls, SD 57117



TD Auto Finance JT
PO Box 551080
Jacksonville, FL 32255



U.S. Attorney
600 Richard B. Russell Bldg
75 Ted Turner Drive, SW
Atlanta, GA 30303



U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
```

United Bank
PO Box 160
Barnesville, GA 30204


United Bank
315 Thomaston St
Barnesville, GA 30204


United Bank
235 Griffin Street
Zebulon, GA 30295


Weltoman, Weinbur 7 Reis Co LP
5475 Rings Road Ste 200
Dublin, OH 43017